**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**
                                               Case No. 07-34254-KRH
**JACOBS, JOHN C.
JACOBS, SANDRA W.**                               Chapter 7

        **Debtor(s)**

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits checks payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $2.77 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $0.29 |
| Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218 | $0.81 |
| Chase Bank USA, NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $2.91 |
| Chase Bank USA, NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $4.87 |

Dated: January 6, 2010                        /s/ Sherman B. Lubman

```
                              SHERMAN B. LUBMAN, Trustee
                              P. O. BOX 5757
                              GLEN ALLEN, VA  23058-5757

                              (804) 290-4490
```

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on January 6, 2010.

```
                              /s/ Sherman B. Lubman
                              SHERMAN B. LUBMAN
```